# Court of Appeals
# of the State of Georgia

ATLANTA,   May 09, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1587. LOLITA YAGNIK v. PALISADES COLLECTION, LLC.

In 2010, Palisades Collection, LLC obtained a judgment against Lolita Yagnik. In 2015, Yagnik filed a motion to set aside, arguing that Palisades was not a proper plaintiff, she was not validly served, and that the trial court lacked jurisdiction to issue the order. The trial court denied the motion, and Yagnik appeals. We, however, lack jurisdiction.

In substance, Yagnik's motion is one to set aside under OCGA § 9-11-60 (d).[1] See *Marshall v. Gatison*, 197 Ga. App. 370, 371 (398 SE2d 429) (1990) ("The substance of a pleading and not mere nomenclature determines its nature.") And an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Under these circumstances, we lack jurisdiction to entertain Yagnik's appeal, which is hereby DISMISSED.

---

[1] Yagnik concedes in her motion that the trial court's order was not void on its face, and thus the order may not be collaterally attacked under OCGA § 9-11-60 (a). See *Wolffe v. Lender Title & Escrow LLC*, 332 Ga. App. 427, 428 (2) (773 SE2d 295) (2015).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____05/09/2016_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*